7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Damon Pursell Construction Company
*Debtor*

*Bankruptcy Case No.*
10–44965–can11

**Bank of the West**
   Plaintiff(s)

*Adversary Case No.*
11–04054–can

v.

**Damon Pursell Construction Company**
**MCK Partnership, LLC**
**Kraus Anderson Capital, Inc.**
**Allen Financial Corporation**
**SG Equipment Finance USA Corporation**
**CML–MO CITY DEVELOPMENT, LLC**
**Commercial Credit Group, Inc.**
**National Bank of Kansas City**
**Bank of the West**
**Bank of the West**
**J&M Sarai, LLC**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Final Judgment is hereby entered as to all claims, counterclaims and cross–claims as reflected in Final Judgment entered as Docket #131.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
   Deputy Clerk

Date of issuance: 4/3/13

Court to serve